## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEW JERSEY

| | |
|---|---|
| CARLI DIRIENZO,<br><br>        Plaintiff,<br><br>v.<br><br>BRETT DINOVI AND ASSOCIATES, LLC; BRETT DINOVI and JASON GOLOWSKI<br><br>        Defendants. | :<br>:<br>:<br>:  CIVIL ACTION NO. 1:23-cv-03408<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Plaintiff, Carli DiRienzo, moves this Honorable Court for a judgment by default in this action, upon the complaint heretofore filed and served upon the Defendants Brett DiNovi and Associates, LLC, Brett DiNovi, and Jason Golowski in accordance with the provisions of Rule 55(b)(2) of the Federal Rules of Civil Procedure.

Wherefore, Plaintiff respectfully requests a judgment against the Defendants jointly and severally for all damages including compensatory, emotional distress, statutory, punitive damages, attorney's fees and costs in an amount to be determined and awarding Plaintiff such other and further relief as the Court may deem equitable, just and proper to remedy Defendants' unlawful conduct.

October 24, 2023

                                                Respectfully Submitted,

                                                **DEREK SMITH LAW GROUP, PLLC**
                                                *Attorneys for Plaintiff Carli DiRienzo*

                                                By: /s/ *Tova L. Rabin*
                                                         Tova L. Rabin, Esquire

        1835 Market Street, Suite 2950
        Philadelphia, Pennsylvania
        (215) 391-4790
        tova@dereksmithlaw.com