Sandro Polledri, Esq.
Attorney ID #038971989
WEINER LAW GROUP LLP
629 Parsippany Road
P.O. Box 438
Parsippany, NJ 07054-0438
Phone:  (973) 403-1100  Fax:  (973) 403-0010
Attorneys for Defendants, Brett DiNovi and Associates, LLC, Brett DiNovi, and Jason Golowski

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARLI DIRIENZO,<br><br>         Plaintiff,<br><br>v.<br><br>BRETT DINOVI AND ASSOCIATES, LLC, BRETT DINOVI, and JASON GOLOWSKI,<br><br>         Defendants. | Civil Action No. 1:23-cv-03408<br><br>*Civil Action*<br><br>CONSENT ORDER TO VACATE DEFAULT |

   This matter having been opened to the Court by Defendants, Brett DiNovi and Associates, LLC, Brett DiNovi and Jason Golowski, (collectively "Defendants"), by and through their attorneys, Weiner Law Group LLP, seeking a Consent Order to: (1) vacate default; (2) confirm Plaintiff's consent to withdraw her motion for a default judgment; and (3) set a time for the filing of Defendant's Answer, and Plaintiff having consented to the entry of this Consent Order, and for good cause shown,

IT IS ON THIS __6th__ DAY OF NOVEMBER 2023, ORDERED:

1. The default entered against Defendants on October 18, 2023 is hereby vacated.

2. The motion for default judgment filed by Plaintiff on October 24, 2023 (ECF No. 9), which is currently returnable on November 20, 2023, is withdrawn by Plaintiff.

3. Pursuant to the agreement of the parties, within ten (10) days after this Consent Order is entered and posted onto CM/ECF, Defendants shall reimburse Plaintiff for expenses incurred for service of process in the amount of $285.00.

4. Defendants are to file an Answer on or before December 4, 2023.

                                                _____
                                            Hon. Renee Marie Bumb, Chief Judge

We hereby consent to the entry
of this Consent Order.

| DEREK SMITH LAW GROUP, PLLC | WEINER LAW GROUP LLP |
|---|---|
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| By: _s/ Tova L. Rabin_ | By: _s/ Sandro Polledri_ |
|     Tova L. Rabin, Esq. |     Sandro Polledri, Esq. |
| Dated: November 6, 2023 | Dated: November 6, 2023 |

#3399979v1